In the Matter of James E. Clark et al., Respondents, against Samuel E. Fogelsonger, as Building Inspector of the Town of Tonawanda, et al., Appellants.— Order affirmed, with $50 costs and disbursements. Memorandum: Our attention has not been called to any ordinance of the Town of Tonawanda regulating the disposal of sewage from residential properties, nor do we find any such ordinance or regulation. That is a matter within the jurisdiction of the Commissioner of Health of Erie County (see Sanitary Code of Erie Co., art. IV, § 6). The Sanitary Code clothed the Erie County Health Commissioner with authority to approve or disapprove the plan submitted by the petitioner. He has approved the plan. We find no statute or ordinance requiring a further approval by the town building inspector or the town building committee. While the refusal of the building committee to approve the plan and the consequential refusal of the building inspector to issue the permit to erect the building were, no doubt, well intentioned, nevertheless such refusal was in a legal sense arbitrary (see *Matter of Larkin Co.* v. *Schwab,* 242 N. Y. 330, 335). All concur. (Appeal from an order directing the issuance of a building permit in conformity with the plans and specifications filed.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.

■

Katie B. Newkerk, as Administratrix of the Estate of Burton Newkerk, Deceased, Respondent, v. Nicholas F. Santore, Defendant, and Clifford Chapell et al., Appellants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.

■

Gertrude M. Jones, Appellant, v. Massachusetts Mutual Life Insurance Company, Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment dismissing the complaint in an action for claimed usury on policy loans. The order denied plaintiff's motion to increase her demand for damages and for summary judgment and granted defendant's motion for summary judgment.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ. [204 Misc. 1096; see *post,* p. 933.]

■

Ira Lipman, Respondent, v. Anna Lipman, Appellant, et al., Defendant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order denying a motion to dismiss plaintiff's amended complaint.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.

■

In the Matter of Arthur Jackson, Appellant, against State Liquor Authority, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order denying an application to transfer the proceeding to the Appellate Division and denying petitioner's application to vacate the determination of the State Liquor Authority dismissing him from his position.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.

■

American Home Foods, Inc., Respondent, v. L. Atkin's Sons, Inc., Appellant.— Appeals dismissed, without costs upon stipulation.